UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10147-CIV-MCALILEY
"CONSENT CASE"

JACQUELINE E. CREATH,

    Plaintiff,

v.

CIRCLE K STORES INC.,
a Foreign Profit Corporation

    Defendant.
_____/

**NOTICE OF FILING PLAINTIFF'S REQUEST FOR ADMISSIONS
TO DEFENDANT CIRCKLE K STORES, INC.**

COMES NOW the Plaintiff, JACQUELINE E. CREATH, by and through her undersigned counsel, and hereby files the following Notice of Filing Plaintiff's Request for Admissions to Defendant, CIRCLE K STORES INC.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this **3rd** day of **September, 2014**, a true and correct copy of the foregoing has been electronically filed with the Court and served on Counsel of Record via CM/ECF.

    THE MCKEE LAW GROUP LLC
    **ATTORNEY FOR PLAINTIFF**
    17150 Royal Palm Blvd., Suite 1
    Weston, FL 33327
    Phone: (954) 888-9877
    Fax:  (954) 217-0150

    BY:___/s/ Robert J. McKee_____
    ROBERT J. MCKEE, ESQUIRE
    Florida Bar Number: 972614
    rmckee@themckeelawgroup.com
    MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE
    Florida Bar Number: 106636
    mrodriguez@themckeelawgroup.com

## SERVICE LIST

**ROBERT M. STOLER, ESQUIRE**             **COUNSEL FOR DEFENDANTS**
**CATHERINE M. VERONA, ESQUIRE**                    CIRCLE K STORES
INC.
Burr & Forman LLP
P.O. Box 380
Tampa, FL 33601-0380
Phone:        813-221-2626
Fax:           813-221-7335
Email:         rstoler@burr.com
                cverona@burr.com
                jknight@burr.com

---

**ROBERT J. MCKEE, ESQUIRE**              **COUNSEL FOR PLAINTIFF**
**MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE**
The McKee Law Group LLC
17150 Royal Palm Blvd., Suite 1
Weston, FL 33327
Phone:        (954) 888-9877
Fax:           (954) 217-0150
Email:         rmckee@themckeelawgroup.com
                mrodriguez@themckeelawgroup.com
                pleadings@themckeelawgroup.com

## REQUEST FOR ADMISSIONS

COME NOW the Plaintiff, **JACQUELINE E. CREATH**, and requests that the Defendant, **CIRCLE K STORES, INC., INC.**, respond to this Request for Admissions pursuant to the applicable Florida Rules of Civil Procedure by admitting the following:

1. Admit that you produced a video of the subject premises containing minute by minute footage of the scene for the morning and afternoon of the date of the subject slip and fall on February 12, 2013.

2. Admit that the video tape shows no one doing maintenance cleaning of the sidewalk where the subject incident occurred in the entire time before the occurrence of the subject slip and fall.

3. Admit that your designated witness, Robert Dupont, while under oath, testified that maintenance cleaning of the subject sidewalk had been performed the morning of the subject incident slip and fall.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this **3rd** day of **September, 2014**, a true and correct copy of the foregoing has been electronically filed with the Court and served on Counsel of Record via CM/ECF.

        THE MCKEE LAW GROUP LLC
        **ATTORNEY FOR PLAINTIFF**
        17150 Royal Palm Blvd., Suite 1
        Weston, FL 33327
        Phone: (954) 888-9877
        Fax:  (954) 217-0150

        BY:    /s/ Robert J. McKee
        ROBERT J. MCKEE, ESQUIRE
        Florida Bar Number: 972614
        rmckee@themckeelawgroup.com
        MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE
        Florida Bar Number: 106636
        mrodriguez@themckeelawgroup.com

## SERVICE LIST

| | |
|---|---|
| **ROBERT M. STOLER, ESQUIRE** | **COUNSEL FOR DEFENDANTS** |
| **CATHERINE M. VERONA, ESQUIRE** | CIRCLE K STORES INC. |

Burr & Forman LLP
P.O. Box 380
Tampa, FL 33601-0380
Phone:    813-221-2626
Fax:    813-221-7335
Email:    rstoler@burr.com
        cverona@burr.com
        jknight@burr.com

| | |
|---|---|
| **ROBERT J. MCKEE, ESQUIRE** | **COUNSEL FOR PLAINTIFF** |
| **MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE** | |

The McKee Law Group LLC
17150 Royal Palm Blvd., Suite 1
Weston, FL 33327
Phone:    (954) 888-9877
Fax:    (954) 217-0150
Email:    rmckee@themckeelawgroup.com
        mrodriguez@themckeelawgroup.com
        pleadings@themckeelawgroup.com