IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 13-10147-CIV-MCALILEY

JACQUELINE E. CREATH,

    Plaintiff,

vs.

CIRCLE K STORES INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SERVING PROPOSAL FOR SETTLEMENT TO PLAINTIFF

Defendant, CIRCLE K STORES INC., by and through its undersigned counsel and pursuant to Section 768.79, Florida Statutes and Rule 1.442, Florida Rules of Civil Procedure, hereby notifies the Clerk of Court of service of the original of Defendant's Proposal for Settlement on Plaintiff, Jacqueline Creath on September 11, 2014.

## CERTIFICATE OF SERVICE

I, CATHERINE M. VERONA, certify that on the 11th day of September, 2014, the undersigned will send a notice of electronic email to the following: Robert J. McKee, Esq. (rmckee@themckeelawgroup.com), The McKee Law Group LLC, 17150 Royal Palm Blvd., Suite 1, Weston, FL 33327.

/s Catherine M. Verona
Robert M. Stoler, Esquire
Florida Bar No. 816256
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
STOLER RUSSELL KEENER VERONA
201 N. Franklin St., Suite 3050
Tampa, Florida 33602
TEL: (813) 609-3200
Attorneys for Defendants