UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10147-CIV-MCALILEY
"CONSENT CASE"

JACQUELINE E. CREATH,

    Plaintiff,

        v.

CIRCLE K STORES INC.,
a Foreign Profit Corporation

    Defendant.
_____/

**NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM**
**OF ROBERT CATANA, M.D. FOR USE AT TRIAL**

TO:    ALL COUNSEL LISTED BELOW

YOU, as attorney for the parties, are hereby notified that the Plaintiff(s) in the above-styled cause will take the following deposition:

| | |
|---|---|
| **NAME:** | ROBERT CATANA, M.D. |
| **DATE:** | Friday, October 17, 2014 |
| **TIME:** | 10:00 A.M. |
| **LOCATION:** | Key West Orthopedics<br>3428 N. Roosevelt Boulevard<br>Key West, Florida 33040<br>(305) 295-9797 |

Before Phipps Reporting and upon oral examination before a Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being

1

taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable Statutes or the Rules of Court.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this **26** day of **September, 2014**, a true and correct copy of the foregoing has been electronically filed with the Court and served on Counsel of Record via CM/ECF.

    THE MCKEE LAW GROUP LLC
    **ATTORNEY FOR PLAINTIFF**
    17150 Royal Palm Blvd., Suite 1
    Weston, FL 33327
    Phone:  (954) 888-9877
    Fax:  (954) 217-0150


    BY:___/s/ Robert J. McKee_____
    ROBERT J. MCKEE, ESQUIRE
    Florida Bar Number: 972614
    rmckee@themckeelawgroup.com
    MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE
    Florida Bar Number: 106636
    mrodriguez@themckeelawgroup.com

## SERVICE LIST

| | |
|---|---|
| **ROBERT M. STOLER, ESQUIRE** | **COUNSEL FOR DEFENDANT** |
| Burr & Forman LLP | CIRCLE K STORES INC. |
| P.O. Box 380 | |
| Tampa, FL 33601-0380 | |
| Phone:  813-221-2626 | |
| Fax:  813-221-7335 | |
| Email:  rstoler@burr.com | |
|     jknight@burr.com | |

| | |
|---|---|
| **CATHERINE M. VERONA, ESQUIRE** | **COUNSEL FOR DEFENDANT** |
| Stoler Russel Keener Verona | CIRCLE K STORES INC. |
| 201 N. Franklin Street, Suite 3050 | |
| Tampa, FL 33602 | |
| Phone:  (813) 609-3200 | |
| Email:  stolerservice@stolerrussell.com | |

**ROBERT J. MCKEE, ESQUIRE**     **COUNSEL FOR PLAINTIFF**
**MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE**
The McKee Law Group LLC
17150 Royal Palm Blvd., Suite 1
Weston, FL 33327
Phone: (954) 888-9877
Fax:  (954) 217-0150
Email:  rmckee@themckeelawgroup.com
    mrodriguez@themckeelawgroup.com
    pleadings@themckeelawgroup.com

**JEANNETE C. LEWIS, ESQUIRE**     **CO-COUNSEL FOR PLAINTIFF**
Lewis Legal Group, P.A.
17150 Royal Palm Boulevard, Suite 1
Weston, FL 33326
Phone:  (954) 888-9877
Fax:  (954) 217-0150
Email:  jlewis@lewislegalgroup.com

## ATTACHMENT "A"
## DUCES TECUM INFORMATION REQUESTED

TO BE PRODUCED AT DEPOSITION:

**ANY AND ALL of the following, which in any way pertain to said client, JACQUELINE E. CREATH;**

1. ANY AND ALL Medical Records including but not limited to doctor's notes, memoranda, summaries, billing (whether paid or owing), emergency room notes, nurse's notes, charts, microfilmed papers, documents, x-rays, CT scans, and MRI reports and films, consultations, examinations, lab reports, and any and all other evidence relating to the examination of the Plaintiff: **JACQUELINE E. CREATH, FROM INCEPTION TO PRESENT**.

2. Any and all invoices for professional services rendered to **JACQUELINE E. CREATH, FROM INCEPTION TO PRESENT**.

3. Any and all insurance claim forms filed for any and all bills for treatment rendered to **JACQUELINE E. CREATH, FROM INCEPTION TO PRESENT**.