UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10147-CIV-MCALILEY
CONSENT CASE

JACQUELINE E. CREATH,

     Plaintiff,

v.

CIRCLE K STORES, INC.,

     Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANT'S MOTION IN LIMINE

Pending before the Court is Defendant's Motion in Limine. [DE 30]. For the reasons stated at the Pretrial Conference held on October 10, 2014, which are incorporated into this Order, and in light of my Order Continuing Trial and Extending Deadlines [DE 41], it is **ORDERED AND ADJUDGED** that Defendant's motion in limine [DE 30], is **DENIED WITHOUT PREJUDICE**. Defendant may renew its motion in advance of the new trial date.

DONE AND ORDERED in chambers in Miami, Florida, this 16th day of October, 2014.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record

1